**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINALD OWENS, ) | No. CV 02-9421-JHN(CW) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| A. A. LAMARQUE (Warden), ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:    June 17, 2010

JACQUELINE H. NGUYEN
United States District Judge